# EXHIBIT 1

MPI Employer Contracts
Received

Oct 10, 2019  3:28 pm

V-08827   Document 1-1   Filed 08/10/26   Page 2 of 5   Page ID #:10

23196
C7 PRODUCTIONS, INC.
TRIAL OF THE CHICAGO 7 (THE)
PROJECT AGREEMENT

PROJECT AGREEMENT

## "THE TRIAL OF THE CHICAGO 7"
### C7 PRODUCTIONS, INC. – CROSS CREEK PRODUCTIONS, LLC

THIS AGREEMENT is made and entered into by and between **C7 PRODUCTIONS, INC.** ("Producer") and the INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, AFL-CIO, CLC ("IATSE"), and **CROSS CREEK PRODUCTIONS, LLC** as of the first covered employee's date of hire, with respect to the following:

1) **CROSS CREEK PRODUCTIONS, LLC** has entered into a production agreement with Producer, an entity controlled by **CROSS CREEK PRODUCTIONS, LLC**, pursuant to which Producer will be producing a motion picture **"THE TRIAL OF THE CHICAGO 7"** ("Motion Picture") as detailed hereafter. By their acknowledgment below, **CROSS CREEK PRODUCTIONS, LLC** and **C7 PRODUCTIONS, INC.** confirm that **CROSS CREEK PRODUCTIONS, LLC** and **C7 PRODUCTIONS, INC.** are joint-employers on the Motion Picture, and that the Motion Picture is subject to each of the separate collective bargaining agreements ("Term Agreements") between **CROSS CREEK PRODUCTIONS, LLC** and the IATSE, including but not limited to:

    A)    Producer/I.A.T.S.E. Basic Agreement of 2018;

        i)    Trust Acceptance relating to the Producer/I.A.T.S.E. Basic Agreement;

        ii)    Agreement of Consent relating to the Producer/I.A.T.S.E. Basic Agreement;

    B)    Theatrical and Television Motion Picture Area Standards Agreement of 2018 and Agreement of Consent – Area Standards Agreement, and its successor agreements.

    C)    New York "Majors Agreements.

2) Simultaneous with the execution of this Agreement, **CROSS CREEK PRODUCTIONS, LLC** shall deposit a bond or a certified check with the IATSE in an amount equal to two (2) weeks of estimated payroll and employer benefit contributions for all employees covered by this Agreement.

    A)    In lieu of such a bond or certified check, simultaneous with the execution of this Agreement, **CROSS CREEK PRODUCTIONS, LLC** may provide a letter to the IATSE from an established payroll company that meets with the approval of the IATSE confirming that **CROSS CREEK PRODUCTIONS, LLC** has established an account with the payroll company and has pre-paid the estimated payroll and employer benefit contributions for all employees covered by this Agreement, for a two (2) week period.

    B)    At the conclusion of each of the last two weeks of production, **CROSS CREEK PRODUCTIONS, LLC**

1

Exhibit 1 0009

may request that the funds on deposit be reduced by amounts sufficient to pay the week ending payroll and employer benefit contributions for all employees covered by this Agreement. The IATSE shall not unreasonably refuse to grant this request provided there remains on deposit an amount sufficient to cover the remaining period of production and postproduction, and all wages and benefits have been paid to date for all employees covered by this Agreement, and all grievances, if any, have been settled. The remaining balance shall be returned to **CROSS CREEK PRODUCTIONS, LLC** two weeks after the end of post-production provided that all wages and benefits have been paid and all grievances, if any, have been settled. However, no portion of the payroll deposit shall be released if either Producer or **CROSS CREEK PRODUCTIONS, LLC** have unpaid payroll or employer benefit contributions stemming from a prior production produced under an IATSE agreement.

C) In the event of **CROSS CREEK PRODUCTIONS, LLC**'s failure to comply with the requirement for a deposit, then (i) the "no-strike" provisions of the Term Agreements shall be suspended, and (ii) should the crew not receive all pay and benefits due them from Producer, the principals of **CROSS CREEK PRODUCTIONS, LLC** and Producer shall be liable for such shortages in addition to collection expenses (including attorney's fees).

3) In connection with the production of the Motion Picture, **CROSS CREEK PRODUCTIONS, LLC** and Producer has employed a number of motion picture production technicians and artisans. The IATSE has established that it is the bargaining representative of said technicians and artisans in a unit appropriate for the purposes of collective bargaining. As a consequence of the foregoing, the parties have reached the agreements set forth herein.

4) This Agreement shall be limited to the Motion Picture. Producer recognizes the IATSE as the exclusive collective bargaining representative of its production technicians and artisans except as to those employees working within the jurisdiction of the New York Production Locals, in which case as to such employees, Producer recognizes the New York Production Locals as the exclusive collective bargaining representative for the crafts within their respective jurisdiction, and agrees to be bound by the Term Agreements, and any successor agreements for this Motion Picture only.

5) All wage, working conditions, and benefit contribution provisions of the Term Agreements shall be in effect as of each employee's date of hire.

6) This production includes but is not limited to the following locations:

PRODUCTION: NEW JERSEY & CHICAGO, IL
POST-PRODUCTION: LOS ANGELES, CA & NEW YORK, NY

7) The employment of motion picture production technicians and artisans hired by **CROSS CREEK PRODUCTIONS,**

2

Exhibit 1 0010

LLC and Producer to perform services in the County of Los Angeles, or hired by **CROSS CREEK PRODUCTIONS, LLC** and Producer in the County of Los Angeles to perform services outside the County of Los Angeles, shall be subject to the provisions of the Producer-IATSE 2018 Basic Agreement and its successor agreements ("Basic Agreement") covering the Industry Experience Roster (Article IX), Health and Pension Plans, including the Individual Account Plan (Articles, XII, XIII, XIIIA, XIV, XIX, and XXVIII) and the Contract Services Administration Trust Fund (Articles XXV and XXVI). The Producer and the IATSE agree that the Producer shall be deemed to be part of the multi-employer bargaining unit established by the Basic Agreement with respect to the aforementioned provisions. The Producer agrees during the term of this Agreement to be bound by any amendments, modifications, extensions, supplements or renewals of any and all Term Agreements and/or Articles specified in this paragraph.

8) The Producer further agrees to be bound by the all of the terms and conditions of The Agreement and Declaration of Trust for the IATSE National Health & Welfare Fund and the IATSE Annuity Fund, each as restated September 22, 2005, and as amended, and each respective Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers, as related to the contributions due as set forth hereinabove.

9) **CROSS CREEK PRODUCTIONS, LLC** and Producer shall execute any additional documents reasonably required in order to fully effectuate this Agreement.

INTERNATIONAL ALLIANCE OF THEATRICAL
STAGE EMPLOYEES, MOVING PICTURE
TECHNICIANS, ARTISTS AND ALLIED CRAFTS
OF THE UNITED STATES, ITS TERRITORIES
AND CANADA, AFL-CIO, CLC

DocuSigned by:

By: _Daniel Mahoney_
9FBECBD734804FD...
Daniel M. Mahoney
Assistant Department Director, Motion Picture
and Television Production

Date: 9/12/2019

**CROSS CREEK PRODUCTIONS, LLC**

By: _____

Print Name: Tyler Thompson

Title: President

Date: 9/9/19

**C7 PRODUCTIONS, INC.**

By: _____

Print Name: Tyler Thompson

Title: President

Date: 9/9/19

**"THE TRIAL OF THE CHICAGO 7"**

3

Exhibit 1 0011

MPI Employer Contracts
Received

Oct 10, 2019   3:28  pm

23196
C7 PRODUCTIONS, INC.
TRIAL OF THE CHICAGO 7 (THE)
PROJECT INFORMATION SHEET

## PROJECT INFORMATION SHEET
**\*\*PLEASE PROVIDE A COPY OF THE BUDGET & A CURRENT CREW LIST\*\***

**PROJECT TITLE:** THE TRIAL OF THE CHICAGO 7

**TERM PARENT COMPANY:** Cross Creek Productions, LLC

**PROJECT PRODUCTION COMPANY:** C7 Production Inc.

**FEATURES:**   **TOTAL BUDGET:** $32,500,000

CHOOSE ONE:       Theatrical MP       Direct-to-Video/DVD       Documentary       Other: _____

**TELEVISION:**   **BUDGET PER EPISODE** *(Total budget for MOWs):* _____

| EXHIBITON: | | TYPE: | | IF DRAMATIC: | | Length: | |
|---|---|---|---|---|---|---|---|
| Network | | Game Show/Reality | | Primetime | | ☐ | ½ Hour |
| Basic Cable | | Live | | Non-Primetime | | ☐ | 1 Hour |
| Pay Cable | | Long Form | | ☐ Single Cam | | ☐ | 1 ½ Hours |
| Other: _____ | | MOW/Movie-of-the-Week | | ☐ Multi-Cam | | ☐ | 2 Hours |
| | | Pilot | | | | ☐ | Other: _____ |
| | | Dramatic Series | | | | | |
| | | Other: _____ | | | | | |

**NEW MEDIA:**   Distribution Website: _____

☐ **Feature Length**   Total Budget: _____

☐ **Episodic/Series**   TYPE:
- ☐ Game Show/Reality       Budget/Episode: _____
- ☐ Live
- ☐ Long Form       Episode Length: _____
- ☐ MOW/Movie-of-the-Week
- ☐ Pilot       Total Episodes: _____
- ☐ Dramatic Series
- ☐ Other: _____

**AWARD SHOW/SPECIAL EVENT:**   \* PLEASE PROVIDE THE APPLICABLE STAGEHAND AGREEMENT \*

Venue: _____       Stagehand Local: _____

## \*\*PLEASE COMPLETE THE FOLLOWING FOR ALL PROJECTS\*\*

**PRODUCTION LOCATION(S):** New Jersey & Chicago, IL

**POST-PRODUCTION LOCATION(S)/FACILITIES(S):** Los Angeles, CA & New York, NY

**VISUAL EFFECTS LOCATION(S)/FACILITIES(S):** New York, NY

**PRE-PRODUCTION:** *Start –* 8/19/19   *Wrap –* 10/13/19

**PRINCIPAL PHOTOGRAPHY:** *Start –* 10/14/19   *Wrap –* 12/13/19   # of Days of Principal Photography: 40

**POST-PRODUCTION:** *Start –* 12/14/19   *Wrap –* 9/4/19

**LINE PRODUCER:** Charles Miller       **UNIT PRODUCTION MANAGER:** Same as LP

Email: cm@charlesmillerproductions.com       Email: _____

Tele: 518-937-4771       Tele: _____

**PRODUCTION OFFICE INFO:**

Address: 9 Bridewell Place       Address 2: _____

City: Clifton       State/Province: NJ   Postal Code: 07014   Country: USA

Tele: 518-937-4771       Email: cm@charlesmillerproductions.com

**PAYROLL SERVICE:** Greenslate

Contact: Kenyetta Easley       Tele: 212-206-1099 Ext. 120   Email: kenyetta.easley@gslate.com

Version 2019.06